| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Cox, Susan E. | 2. Court or Organization<br><br>US District Court | 3. Date of Report<br><br>08/08/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US Magistrate Judge -Full time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>219 South Dearborn Ave.<br>Room 1334<br>Chicago, IL 60604 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/18-8/18 | Baxalta Incorporated - Salary & Bonus |
| 2. 9/18-12/18 | Servier Pharmaceuticals LLC - Salary & Bonus |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank | Mortgage on Rental Property #1 - Bloomingdale, MI (Sold property 8/31/18) | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank of LaGrange Accounts | A | Interest | K | T | | | | | |
| 2. Chase Bank | A | Interest | K | T | | | | | |
| 3. Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 4. US Employees Credit Union Account | A | Interest | J | T | | | | | |
| 5. Baxter International - Exercisable Stock Options | | None | O | T | Redeemed (part) | 08/01/18 | N | G | |
| 6. | | | | | Redeemed (part) | 10/30/18 | N | G | |
| 7. Baxter Int'l Common Stock | C | Dividend | L | T | Buy (add'l) | 08/01/18 | N | | |
| 8. | | | | | Sold (part) | 08/01/18 | N | A | |
| 9. | | | | | Buy (add'l) | 10/30/18 | O | | |
| 10. | | | | | Sold (part) | 10/30/18 | O | A | |
| 11. Shire PLC - Exercisable Stock Options | | None | | | Redeemed (part) | 02/27/18 | K | E | |
| 12. | | | | | Redeemed | 04/18/18 | L | F | |
| 13. Shire PLC - Common Stock | | None | | | Buy | 02/27/18 | M | | |
| 14. | | | | | Sold | 02/27/18 | M | A | |
| 15. | | | | | Buy | 04/18/18 | M | | |
| 16. | | | | | Sold | 04/18/18 | M | A | |
| 17. Shire PLC - Unvested Stock Options | | None | | | Closed | 12/31/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Shire PLC - Common Stock | A | Dividend | L | T | | | | | |
| 19. Edward Lifesciences Common | | None | K | T | | | | | |
| 20. Farm - Wilson County, KS (1/12th Interest) | A | Rent | K | W | | | | | |
| 21. Rental Property #1 -Bloomingdale, MI. Paid $217,000 11/25/09. Owns 50% | A | Rent | | | Sold | 08/31/18 | M | A | |
| 22. SHIRE PLC 401K PLAN | | | | | | | | | |
| 23. Shire PLC Common Stock | A | Dividend | K | T | | | | | |
| 24. FIAM Target Date 2030 Fund | D | Int./Div. | O | T | | | | | |
| 25. SERVIER PHARMACEUTICALS 401K PLAN | | | | | | | | | |
| 26. Vanguard Target Rmt 2030 Fund | A | Dividend | J | T | Buy | 12/31/18 | J | | |
| 27. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 28. Alibaba Group | | None | J | T | Buy | 05/11/18 | J | | |
| 29. Amazon.com | | None | K | T | | | | | |
| 30. Apple Inc | A | Dividend | J | T | Buy | 05/11/18 | J | | |
| 31. Baidu Inc | | None | J | T | Buy | 05/11/18 | J | | |
| 32. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 33. Fidelity Cash Reserves Fund | A | Interest | J | T | | | | | |
| 34. Fidelity Floating Rate High Income | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Convertible Securities | A | Int./Div. | J | T | Buy | 12/21/18 | J | | |
| 36. Fidelity Short Term Bond Fund | A | Interest | J | T | Sold (part) | 06/04/18 | J | A | |
| 37. General Motors Corp | B | Dividend | | | Sold | 03/28/18 | J | B | |
| 38. Las Vegas Sands Corp | A | Dividend | K | T | Sold (part) | 03/28/18 | J | B | |
| 39. Matthews Asia Dividend | A | Dividend | J | T | | | | | |
| 40. Market Vectors Gaming ETF | A | Dividend | J | T | Buy | 09/28/18 | J | | |
| 41. Powershares QQQ ETF | A | Dividend | | | Sold | 06/01/18 | L | C | |
| 42. Invesco QQQ ETF | A | Dividend | K | T | Buy | 06/04/18 | L | | |
| 43. | | | | | Sold | 07/20/18 | L | A | |
| 44. | | | | | Buy | 07/24/18 | L | | |
| 45. | | | | | Sold | 09/21/18 | L | A | |
| 46. | | | | | Buy | 09/24/18 | L | | |
| 47. QQQ Calls - 12/21/18 | | None | | | Open | 11/07/18 | J | | |
| 48. | | | | | Closed | 11/20/18 | J | A | |
| 49. QQQ Calls - 01/25/19 | | None | J | T | Open | 12/31/18 | J | | |
| 50. QQQ Calls - 10/19/18 | | None | | | Open | 09/26/18 | J | | |
| 51. | | | | | Closed | 10/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. QQQ Calls - 02/16/18 | | None | | | Open | 01/19/18 | J | | |
| 53. | | | | | Closed | 02/09/18 | J | A | |
| 54. QQQ Calls - 04/20/18 | | None | | | Open | 03/29/18 | J | | |
| 55. | | | | | Closed | 04/20/18 | J | B | |
| 56. QQQ Calls - 4/20/18 | | None | | | Open | 02/09/18 | J | | |
| 57. | | | | | Closed | 03/27/18 | J | A | |
| 58. QQQ Calls - 7/20/18 | | None | | | Open | 06/05/18 | J | | |
| 59. | | | | | Closed | 07/20/18 | J | A | |
| 60. QQQ Calls - 6/1/18 | | None | | | Open | 04/27/18 | J | | |
| 61. | | | | | Closed | 06/01/18 | J | A | |
| 62. QQQ Calls - 9/21/18 | | None | | | Open | 07/27/18 | J | | |
| 63. | | | | | Closed | 09/21/18 | J | A | |
| 64. Robotics & Automation ETF | A | Dividend | J | T | | | | | |
| 65. S&P 500 Calls - 04/20/18 | | None | | | Open | 03/29/18 | J | | |
| 66. | | | | | Closed | 04/20/18 | J | B | |
| 67. S&P 500 Calls - 04/20/18 | | None | | | Open | 02/09/18 | J | | |
| 68. | | | | | Closed | 03/27/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. S&P 500 Calls - 12/31/18 | | None | | | Open | 11/07/18 | J | | |
| 70. | | | | | Closed | 11/23/18 | J | A | |
| 71. S&P 500 Calls - 02/16/18 | | None | | | Open | 01/19/18 | J | | |
| 72. | | | | | Closed | 02/09/18 | J | A | |
| 73. S&P 500 Calls - 01/25/19 | | None | J | T | Open | 12/31/18 | J | | |
| 74. S&P 500 Calls - 07/20/18 | | None | | | Open | 06/05/18 | J | | |
| 75. | | | | | Closed | 07/20/18 | J | A | |
| 76. S&P 500 Calls - 06/01/18 | | None | | | Open | 04/27/18 | J | | |
| 77. | | | | | Closed | 06/01/18 | J | A | |
| 78. S&P 500 Calls - 10/19/18 | | None | | | Open | 09/26/18 | J | | |
| 79. | | | | | Closed | 10/12/18 | J | A | |
| 80. S&P 500 Calls - 09/21/18 | | None | | | Open | 07/27/18 | J | | |
| 81. | | | | | Closed | 09/20/18 | J | A | |
| 82. S&P 500 ETF | A | Dividend | L | T | Sold (part) | 06/01/18 | K | B | |
| 83. | | | | | Buy (add'l) | 06/04/18 | L | | |
| 84. | | | | | Sold (part) | 07/20/18 | L | A | |
| 85. | | | | | Buy (add'l) | 07/24/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 09/20/18 | L | B | |
| 87. | | | | | Buy (add'l) | 09/24/18 | L | | |
| 88. Starbucks | A | Dividend | K | T | Sold (part) | 09/28/18 | L | C | |
| 89. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 90. Alphabet | | None | K | T | | | | | |
| 91. Berkshire Hathaway Inc Cl B | | None | K | T | | | | | |
| 92. Boeing Bond 8.75% 8-15-21 | A | Interest | J | T | | | | | |
| 93. Caterpillar Inc | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 94. Disney Walt Co | A | Dividend | J | T | Buy | 05/15/18 | J | | |
| 95. FedEx Corp | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 96. Fidelity Blue Chip Value | A | Dividend | K | T | Buy | 12/24/18 | J | | |
| 97. Fidelity Emerging Markets | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 98. Fidelity Floating Rate High Income | A | Interest | J | T | | | | | |
| 99. Fidelity International Growth | A | Dividend | J | T | Buy | 11/27/18 | J | | |
| 100. Fidelity Muni Money Market Fund | A | Interest | J | T | | | | | |
| 101. Fidelity New Markets Income | A | Int./Div. | J | T | Sold (part) | 07/19/18 | J | A | |
| 102. | | | | | Sold (part) | 07/20/18 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Fidelity Select Healthcare | A | Dividend | K | T | Buy | 11/27/18 | K | | |
| 104.  Fidelity Short Term Bond | A | Interest | | | Sold (part) | 04/18/18 | J | A | |
| 105. | | | | | Sold | 07/30/18 | J | A | |
| 106.  Fidelity Utilities ETF | A | Dividend | | | Sold | 05/11/18 | J | A | |
| 107.  Ishares Treasury Inflation Protected | A | Interest | K | T | Buy (add'l) | 11/28/18 | J | | |
| 108. | | | | | Sold (part) | 07/30/18 | J | A | |
| 109.  Keycorp Note 2.9% 9-15-20 | A | Interest | J | T | | | | | |
| 110.  Powershares ETF Int'l Dividend | A | Dividend | J | T | | | | | |
| 111.  S&P 500 Calls - 04/20/18 | | None | | | Open | 03/29/18 | J | | |
| 112. | | | | | Closed | 04/20/18 | J | B | |
| 113.  S&P 500 Calls - 04/20/18 | | None | | | Open | 02/09/18 | J | | |
| 114. | | | | | Closed | 03/27/18 | J | A | |
| 115.  S&P 500 Calls - 12/31/18 | | None | | | Open | 11/07/18 | J | | |
| 116. | | | | | Closed | 11/23/18 | J | A | |
| 117.  S&P 500 Calls - 02/16/18 | | None | | | Open | 01/19/18 | J | | |
| 118. | | | | | Closed | 02/09/18 | J | A | |
| 119.  S&P 500 Calls - 01/25/19 | | None | J | T | Open | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. S&P 500 Calls - 07/20/18 | | None | | | Open | 06/05/18 | J | | |
| 121. | | | | | Closed | 07/23/18 | J | A | |
| 122. S&P 500 Calls - 06/01/18 | | None | | | Open | 04/27/18 | J | | |
| 123. | | | | | Closed | 06/04/18 | J | A | |
| 124. S&P 500 Calls - 10/19/18 | | None | | | Open | 09/26/18 | J | | |
| 125. | | | | | Closed | 10/12/18 | J | A | |
| 126. S&P 500 Calls - 09/21/18 | | None | | | Open | 07/27/18 | J | | |
| 127. | | | | | Closed | 09/21/18 | J | B | |
| 128. S&P 500 ETF | A | Dividend | L | T | | | | | |
| 129. SPDR Financial ETF | A | Dividend | K | T | Buy | 11/28/18 | K | | |
| 130. SPDR Gold Trust | | None | J | T | | | | | |
| 131. Target Corp | A | Dividend | J | T | | | | | |
| 132. Vanguard Total Bond ETF | A | Interest | | | Sold | 06/11/18 | J | A | |
| 133. Vanguard Wellesley Income | B | Int./Div. | K | T | | | | | |
| 134. Visa Inc | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 135. Waste Management Inc | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 136. Wells Fargo Bond 2.55% 12-7-20 | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Wells Fargo Bond 3% 1-22-21 | A | Interest | J | T | | | | | |
| 138. Yum Brands Inc | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 139. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 140. Apple Inc. | A | Dividend | J | T | Sold (part) | 03/28/18 | J | D | |
| 141. Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 142. Fidelity Capital & Income | A | Int./Div. | J | T | | | | | |
| 143. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 144. Fidelity Conservative Income | A | Int./Div. | J | T | | | | | |
| 145. Fidelity High Income | A | Int./Div. | J | T | | | | | |
| 146. Fidelity New Markets Income | A | Int./Div. | J | T | Buy | 05/14/18 | J | | |
| 147. Fidelity Select Consumer Discr. | A | Int./Div. | J | T | Buy | 05/14/18 | J | | |
| 148. Fidelity Select Healthcare | A | Dividend | J | T | | | | | |
| 149. Fidelity Short Term Bond | A | Interest | J | T | | | | | |
| 150. Fidelity Utilities ETF | A | Dividend | J | T | | | | | |
| 151. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 152. Vanguard Wellesley Income | A | Int./Div. | J | T | | | | | |
| 153. BROKERAGE ACCOUNT #4 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Apple Inc. | A | Dividend | J | T | Sold (part) | 03/28/18 | J | D | |
| 155. Fidelity Blue Chip Growth | A | Dividend | J | T | | | | | |
| 156. Fidelity Capital & Income | A | Int./Div. | J | T | | | | | |
| 157. Fidelity Cash Fund | A | Interest | J | T | | | | | |
| 158. Fidelity Conservative Income | A | Int./Div. | J | T | | | | | |
| 159. Fidelity High Income Fund | A | Int./Div. | J | T | | | | | |
| 160. Fidelity New Markets Income | A | Int./Div. | J | T | Buy | 05/14/18 | J | | |
| 161. Fidelity Select Consumer Discr. | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 162. Fidelity Short Term Bond | A | Interest | J | T | | | | | |
| 163. Fidelity Utilities ETF | A | Dividend | J | T | | | | | |
| 164. Mainstay High Yield Muni | A | Interest | J | T | | | | | |
| 165. S&P Midcap 400 | A | Dividend | J | T | | | | | |
| 166. BROKERAGE ACCOUNT #5 | | | | | | | | | |
| 167. Alphabet | | None | K | T | | | | | |
| 168. Amazon.com | | None | K | T | | | | | |
| 169. Amgen Inc | A | Dividend | | | Sold | 09/28/18 | J | C | |
| 170. Caterpillar Inc | A | Dividend | J | T | Buy | 12/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. China Mobile Ltd | A | Dividend | J | T | Buy | 05/15/18 | J | | |
| 172. Direxion Treasury Bear | A | Interest | J | T | Buy | 10/10/18 | J | | |
| 173. EQM Midstream Partners LP | A | Dividend | | | Buy | 05/18/18 | J | | |
| 174. | | | | | Sold | 12/21/18 | J | A | |
| 175. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 176. Facebook | | None | K | T | | | | | |
| 177. FedEx Corp | A | Dividend | J | T | | | | | |
| 178. FedEx Corp 8% 1/19 Bond | B | Interest | | | Redeemed | 11/14/18 | J | A | |
| 179. Fidelity Blue Chip Value | A | Dividend | J | T | Buy | 12/24/18 | J | | |
| 180. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 181. Fidelity Japan Smaller | A | Dividend | | | Buy | 05/14/18 | J | | |
| 182. | | | | | Sold | 09/28/18 | J | A | |
| 183. Fidelity New Markets Income | A | Int./Div. | | | Sold | 10/23/18 | J | A | |
| 184. Fidelity Select Healthcare | A | Dividend | J | T | Buy | 10/01/18 | J | | |
| 185. Fidelity Total Emerging Markets | A | Dividend | | | Buy | 05/14/18 | J | | |
| 186. | | | | | Sold | 10/23/18 | J | A | |
| 187. Fidelity Utilities ETF | A | Dividend | | | Sold | 05/11/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Ford Motor Co | A | Dividend | | | Sold | 03/28/18 | J | A | |
| 189. Invesco QQQ Trust | A | Dividend | J | T | Buy | 03/29/18 | J | | |
| 190. Ishares Treasury Inflation Protect | A | Interest | J | T | Buy | 10/02/18 | J | | |
| 191. Magellan Midstream Partners | A | Dividend | J | T | Buy | 12/26/18 | J | | |
| 192. Matthews Asia Growth Investor | A | Dividend | J | T | Buy | 05/14/18 | J | | |
| 193. Oakmark International | A | Dividend | | | Sold | 10/23/18 | K | A | |
| 194. Powershares QQQ Trust | A | Dividend | | | Sold | 03/28/18 | J | B | |
| 195. Procter & Gamble Co | A | Dividend | J | T | | | | | |
| 196. Purefunds Cyber Security ETF | A | Dividend | J | T | | | | | |
| 197. Southwest Airlines | A | Dividend | K | T | | | | | |
| 198. SPDR Financial Sector ETF | A | Dividend | J | T | | | | | |
| 199. Union Pacific Corp | A | Dividend | | | Sold | 05/11/18 | K | D | |
| 200. Vanguard Total Bond ETF | A | Interest | K | T | | | | | |
| 201. CUSTODIAL ACCOUNT #1 | | | | | | | | | |
| 202. First National Bank of LaGrange Account | A | Interest | J | T | | | | | |
| 203. CUSTODIAL ACCOUNT #2 | | | | | | | | | |
| 204. First National Bank of LaGrange Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cox, Susan E. | 08/08/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   IL Bright Directions 529 Plan #2 - Fund 60A | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Cox, Susan E. | 08/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan E. Cox**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544